[No. 4774-8-II.   Division Two.   August 30, 1982.]

REGAL CONSTRUCTION LTD., *Respondent,* v. THE CITY
OF TACOMA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 246829, James P. Healy, J., entered April 17,
1980. *Affirmed* by unpublished opinion per Reed, C.J., con-
curred in by Petrie and Worswick, JJ.

[No. 4352-1-II.   Division Two.   September 2, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PALMER
K. ALBERTSON, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C-3268, James D. Roper, J., entered Septem-
ber 25, 1979. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Reed, C.J., and Johnson, J. Pro Tem.

[No. 4942-2-II.   Division Two.   September 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
KEITH FOLLOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 79-1-00400-6, J. Dean Morgan, J., entered
July 29, 1980. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Reed, C.J., and Petrie, J.

[No. 9294-4-I.   Division One.   September 7, 1982.]

VIVIAN COVINGTON, *Appellant,* v. SEATTLE PUBLIC
SCHOOLS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 853519, Robert E. Dixon, J., entered August 4,
1980. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Callow and Corbett, JJ.